UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-80524-MIDDLEBROOKS

HEATHER CATTANEO and
BAYLA SMITH, on behalf of themselves
and others similarly situated,

        Plaintiffs,

v.

SPERIDIAN TECHNOLOGIES, LLC,
and TRUECOVERAGE LLC,

        Defendants.
_____/

### ORDER ON DEFENDANTS' MOTION TO COMPEL ARBITRATION OF CLAIMS

THIS CAUSE is before the Court upon Defendants' Motion to Compel Arbitration, filed on June 11, 2024. (DE 14). Plaintiffs have filed a Joint Stipulation stating that they agree that their claims shall be arbitrated. (DE 21). Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that:

(1) Defendants' Motion to Compel Individual Arbitration of Claims and Stay Proceeding Pending Arbitration (DE 14) is **GRANTED.**

(2) The claims of Plaintiffs Heather Cattaneo and Bayla Smith and Opt-In Plaintiff L'Victor Taylor (collectively, "Plaintiffs") against Defendants Speridian Technologies, LLC and TrueCoverage LLC (collectively, "Defendants") shall be arbitrated pursuant to the Parties' stipulation.

(3) The Clerk of Court shall **ADMINISTRATIVELY CLOSE THIS CASE.**

(4) All pending motions are **DENIED AS MOOT.**

(5)     This case shall be restored to the active docket upon a motion of any Party.

**SIGNED** in Chambers at West Palm beach, Florida on this 28th day of June 2024.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies: All counsel of record